THE STATE EX REL. BROWN, APPELLANT, *v.* RHODES, APPELLEE.

[Cite as *State ex rel. Brown v. Rhodes,*
112 Ohio St.3d 153, 2006-Ohio-6523.]

(No. 2006–1549—Submitted November 14, 2006—Decided December 27, 2006.)

{¶ 1} The discretionary appeal is accepted on Proposition of Law Nos. I and III.

{¶ 2} The judgment of the court of appeals is affirmed on the authority of *State ex rel. Russell v. Thornton,* 111 Ohio St.3d 409, 2006-Ohio-5858, 856 N.E.2d 966.

MOYER, C.J., RESNICK, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

PFEIFER, J., dissents.

—————

Frank C. Brown Jr., pro se.